[No. 1175-1.    Division One—Panel 1.    November 20, 1972.]

ELSA E. CARLSON, *Respondent,* v. THE CITY OF SEATTLE,
*Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 724084, Charles R. Denney, J. Pro Tem., entered June 18, 1971. *Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Williams and Callow, JJ.